■ FORTUNATO SCIMECA, Respondent, v ARNOLD POLECTION, Defendant and VINCENZO REALMUTO, Appellant. (And Two Other Actions.)—In consolidated negligence actions to recover damages for personal injuries, defendant Realmuto appeals from an order of the Supreme Court, Kings County, dated August 8, 1979, which granted a special preference for the trial of the actions. Order reversed, without costs or disbursements, and preference vacated. On this record, the court improvidently exercised its discretion in granting a special preference. "A court cannot make a finding of bad faith under CPLR 3403 simply because it disagrees with the amount which the defendant has offered for settlement" *(Turturro v Stevens,* 58 AD2d 601). Hopkins, J. P., Lazer, Gibbons and Gulotta, JJ., concur.